

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

   v.

LAIRON GRAHAM,

     Defendant.

_____

**21-CR-195-LJV-MJR**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable Michael J. Roemer, United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated January 28, 2022. |
| **RELIEF REQUESTED:** | A 45-day adjournment of the motions deadline and scheduling order. |
| **DATED:** | Buffalo, New York, January 28, 2022. |

        Respectfully submitted,

        **/s/Jeffrey T. Bagley**
        Jeffrey T. Bagley
        Assistant Federal Public Defender
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        jeffrey_bagley@fd.org
        *Counsel for Defendant Lairon Graham*

**TO:** Nicholas Cooper
    Assistant United States Attorney
    Western District of New York
    138 Delaware Avenue, Federal Centre
    Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

LAIRON GRAHAM,

        Defendant.
_____

**21-CR-195-LJV-MJR**

**AFFIRMATION**

1.     I represent Lairon Graham.

2.     This court had previously set two deadlines for motion practice with respect to Mr. Graham: (1) a motion to dismiss, which was first raised at Mr. Graham's arraignment, due on January 4, 2022, and (2) all other motions, due on January 31, 2022.

3.     Mr. Graham filed a timely motion to dismiss. That motion is still outstanding. In fact, further briefing is due on February 11, 2022. The outcome of that motion may impact any future motion.

4.     Further, the co-defendant in this case was just assigned new counsel, and has moved for an extension of the January 31, 2022 deadline.

5.     Accordingly, I move to adjourn the January 31, 2022 for 45 days, in keeping with the motion filed today by the co-defendant.

6.      Mr. Graham agrees that this time (between January 31, 2022 and the new motions deadline, should the adjournment be granted) is properly excludable under the Speedy Trial Act because a motion is currently pending, because if the co-defendant's motion is granted then the time will be excluded anyway, and because it will provide the defense time to evaluate the ultimate decision on the motion to dismiss and allow the defense time to craft further motions as necessary.

**DATED:**  January 28, 2021, Buffalo, New York.

Respectfully submitted,

**/s/Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
jeffrey_bagley@fd.org
*Attorney for Lairon Graham*